UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MARY BETH TOBIN,<br>　　　　　　Plaintiff,<br><br>-v-<br><br>HARTFORD LIFE AND ACCIDENT<br>INSURANCE COMPANY,<br>　　　　　　Defendant. | No. 1:14-cv-187<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In this ERISA action, the Court reverses Hartford Life and Accident Insurance Company's denial of Mary Beth Tobin's claim for long term disability benefits. This resolves all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

　　**THIS ACTION IS TERMINATED.**

　　**IT IS SO ORDERED.**

Date:  February 8, 2017　　　　　　　　　　　　　　 /s/ Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　Paul L. Maloney
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge